[No. 7654–0–I. Division One. March 3, 1980.]

*In the Matter of the Marriage of* DOUGLAS DAHLE DOLLY, *Appellant, and* KAREN LYNN TVEDT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 845052, Gerard M. Shellan, J., entered May 1,

1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and James, J.